JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B. et al., <br><br> Plaintiffs, <br><br> v. <br><br> BONITA UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No. 2:21-cv-07355-SB-E <br><br> FINAL JUDGMENT |

    For the reasons set forth in the separate order entered this day granting in part Plaintiffs' Motion for Attorney's Fees, judgment is hereby entered in favor of Plaintiffs J.B., Daniel Benitez, and Michelle Benitez and against Defendant Bonita Unified School District.  The Court awards Plaintiffs $29,781.25 against Defendant.

    This is a final judgment. The clerk is directed to close this case.

Date: April 3, 2023

                                                        Stanley Blumenfeld, Jr.
                                                United States District Judge